UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONTE MCCLELLON, | CASE NO. 2:25-cv-00566 |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE |
| v. | |
| THOMAS EUGENE WEAVER, | |
| Defendant. | |

Plaintiff Donte McClellon asks the Court to reopen his case. Dkt. No. 16. The Court dismissed his case without prejudice for failure to show cause on August 15, 2025. Dkt. No. 11. McClellon asserts that he was in BOP custody, "where there w[ere] persistent mail issues." Dkt. No. 16. He suggests that these mail issues prevented him from responding timely to the Court's order to show cause.

Given its duty to construe pro se pleadings liberally, the Court construes McClellon's motion as a motion for relief under Rule 60(b)(6). *Cf. Bennett v. Bennett*, Case No. C24-0272-JLR, 2024 WL 3316438, at *2 (W.D. Wash. July 5, 2024) (citing *Gonzalez v. Crosby*, 545 U.S. 524, 528 n.1 (2005)) (finding the substance of the petitioner's motion made it clear that he requested relief under Rule 60(b)(6)). Rule

**ORDER** DENYING PLAINTIFF'S MOTION TO REOPEN CASE - 1

60(b)(6) allows the district court to relieve a party from final judgment for any justifiable reason. Fed. R. Civ. P. 60(b)(6). But the party seeking relief under Rule 60(b)(6) must show "extraordinary circumstances" that "justify the reopening of a final judgment." *Bennett*, 2024 WL 3316438, at *2 (quoting *Gonzalez*, 545 U.S. at 535 (internal quotes omitted)).

After reviewing the briefing and the record, the Court finds no "extraordinary circumstances" that warrant the reopening of this case. While the record reflects that McClellon changed prisons, it also shows that he received the Court's order to show cause. *See* Dkt. No. 10 (showing the Clerk mailed the Court's order to show cause to McClellon's new address). Moreover, because the dismissal was without prejudice, McClellon may re-file his case.

Accordingly, the Court DENIES Plaintiff's motion to reopen his case. Dkt. No. 16.

Dated this 21st day of November, 2025.

Jamal N. Whitehead
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE - 2